**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number:

Jamal Cowan                                           FILED STAMP: JULY 15, 2008
                                                      08CV4017
    v.                                                JUDGE GETTLEMAN
                                                      MAG. JUDGE NOLAN
City of Chicago, et al.                               J. N.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jamal Cowan, Plaintiff

| NAME (Type or print) |
| --- |
| Christopher R. Smith |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Christopher R. Smith |
| FIRM |
| A Law Office of Christopher R. Smith |
| STREET ADDRESS |
| 119 N. Peoria, Suite 3a |
| CITY/STATE/ZIP |
| Chicago/IL/60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6201953 | 312.432.0400 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐