**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Jamal Cowan | FILED STAMP: JULY 15, 2008 |
|   | 08CV4017 |
| v. | JUDGE GETTLEMAN |
|   | MAG. JUDGE NOLAN |
| City of Chicago, et al. | J. N. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jamal Cowan, Plaintiff

| NAME (Type or print) |
|---|
| James M. Baranyk |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ James M. Baranyk |
| FIRM |
| A Law Office of Christopher R. Smith |
| STREET ADDRESS |
| 119 N. Peoria, Suite 3a |
| CITY/STATE/ZIP |
| Chicago/IL/60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6292337 | 312.432.0400 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐