## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4017         Assigned/Issued By: j. n.

Judge Name: gettleman        Designated Magistrate Judge: nolan

---

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____          Receipt #: 2936326_____

Date Payment Rec'd: 7-15-08_____    Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons       _____
                                             _____
                                             *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____                _____
     *(Type of Writ)*                        _____
                                             *(Type of issuance)*

9____ Original and 0____ copies on 7-16-08____ as to all defendants_____
                                   *(Date)*