**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: **08 CV 4017**
**JAMAL COWAN**

v.

**CITY OF CHICAGO, ET AL**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**CITY OF CHICAGO**

| | |
|---|---|
| NAME (Type or print)  **Terrence M. Burns** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  **s/ Terrence M. Burns (ARDC #3122331)** | |
| FIRM  **Dykema Gossett PLLC** | |
| STREET ADDRESS  **10 S. Wacker Drive, Suite 2300** | |
| CITY/STATE/ZIP  **Chicago, IL 60606** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  ARDC No. 3122331 | TELEPHONE NUMBER  (312) 876-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒  NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐  NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on **August 13, 2008** I electronically filed the foregoing **Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

**Christopher Rudolf Smith**
**James M. Baranyk**
Law Office of Christopher R. Smith
119 N. Peoria Street
3A
Chicago, IL 60607
(312)432-0400
chris.smith@chicagocivilrightslawyers.com


s/Terrence M. Burns  (ARDC No. 3122331)

Terrence M. Burns