**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 4017
JAMAL COWAN
v.
CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITY OF CHICAGO

| | |
|---|---|
| NAME (Type or print) Paul A. Michalik | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Paul A. Michalik | |
| FIRM Dykema Gossett PLLC | |
| STREET ADDRESS 10 S. Wacker Drive, Suite 2300 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6198674 | TELEPHONE NUMBER (312) 876-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, I electronically filed the foregoing **Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Christopher R. Smith
Law Office of Christopher R. Smith
119 N. Peoria, Suite 3A
Chicago, Illinois 60607
(312) 432-0400
chris.smith@chicagocivilrightslawyers.com

s/ Paul A. Michalik
Paul A. Michalik